**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| EVAN G. GERFEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-16-1041-M |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

On July 20, 2017, United States Magistrate Judge Bernard M. Jones issued a Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Acting Commissioner of Social Security Administration ("Acting Commissioner"), denying plaintiff's applications for disability insurance benefits under the Social Security Act. The Magistrate Judge recommended the Acting Commissioner's decision in this matter be reversed and remanded. The parties were advised of their right to object to the Report and Recommendation by August 3, 2017. A review of the court file reveals that no objections have been filed.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 16] issued by the Magistrate Judge on July 20, 2017;

(2) REVERSES the decision of the Acting Commissioner;

(3) REMANDS for further administrative proceedings consistent with the Report and Recommendation; and

(4) ORDERS that judgment issue forthwith in accordance with the provisions of sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED this 13th day of September, 2017.**

/s/ Vicki Miles-LaGrange
VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE